# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS CHAYRA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROYAL LIQUOR, LLC.; DOES 1 to 10, Inclusive,<br><br>　　　　Defendant. | Case No.: CV 11-09661 CBM (JEMx)<br><br>**AMENDED ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>[Fed. R. Civ. P. 26(f)] |

**IT IS HEREBY ORDERED THAT**, following stipulation of counsel, the above-entitled case is dismissed with prejudice pursuant to Federal Rules of civil Procedure Section 41 (a).

**IT IS SO ORDERED.**

DATED: June 08, 2012          By: _____
　　　　　　　　　　　　　　　　　HON. CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　United States District Judge

---

1

[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)